**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAFAYETTE DIVISION**

| | |
|---|---|
| **M. BRUNO** | **CASE NO. 6:19-CV-00886** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **SOCIAL SECURITY ADMINISTRATION** | **MAGISTRATE JUDGE WHITEHURST** |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, and noting the absence of any objections, the Court concludes that the Report and Recommendation of the Magistrate Judge is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that, under sentence four of 42 U.S.C. § 405(g), the Claimant's appeal is GRANTED, and her complaint is REMANDED to the Social Security Administration with instructions to vacate the Commissioner's decision and conduct further proceedings consistent with the Report and Recommendation.

THUS DONE in Chambers on this 3rd day of September, 2020.

_____
ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE